MIE 1A
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

JOE CHARACTER                           Crim. No.: 98-CR-20080-06

On April 26, 2013, the Court authorized the issuance of a summons based upon a violation petition citing violation of supervision. The issues of the violation were heard in Court on June 6, 2013, and the Court made the following findings:

X   CHARACTER pled guilty to the violation. Sentence is delayed until December 5, 2013, and the following special conditions of supervision are added:

"A curfew will be imposed restricting the offender to his residence from sunset to sunrise. This may be amended by the probation officer."

"The offender shall participate in the Radio Frequency Technology of the Location Monitoring Program for 60 consecutive days and abide by all the requirements of the program. The offender is restricted to his residence at all times, except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as approved in advance by the probation officer. The costs of the program are waived due to the offender's inability to pay."

"The offender shall not incur any new charges or open additional lines of credit without the approval of the probation officer."

"The offender shall not possess or use any financial devices, i.e., debit/credit cards with prior approval from the probation officer."

"The offender shall provide the probation officer with access to any requested financial information."

"Offender is on Zero Tolerance and all other terms and conditions of supervised release remain in effect."

Respectfully submitted,

s/Dion J. Thomas
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 26th Day of June, 2013.

s/Robert H. Cleland
Robert H. Cleland
United States District Judge